167 So.2d 675

**Joe NELSON**

v.

**ZURICH INSURANCE COMPANY et al.**

No. 47424.

Oct. 8, 1964.

In re: Joe Nelson applying for certiorari or writ of review, to the Court of Appeal, Second Circuit, Parish of Caddo. 165 So.2d 489.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

167 So.2d 675

**Succession of Catherine E. McCARRON.**

No. 47441.

Oct. 8, 1964.

In re: Joseph W. McCarron, Sr., applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 166 So.2d 47.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.